# BREMER WHYTE
## BREMER WHYTE BROWN & O'MEARA LLP

NICOLE WHYTE[1,2,6,10,a]
KEITH G. BREMER[1]
RAYMOND MEYER, JR[1]
PETER C. BROWN[1,2,3,8,10]
JOHN V. O'MEARA[1,2,3,4]
KERE K. TICKNER[1]
KIT NATLAND[1]
TYLER D. OFFENHAUSER[1]
PATRICK AU[1]
NELSON L. COHEN[1,2]
JEREMY S. JOHNSON[1]
JOHN H. TOOHEY[1,12]
VIK NAGPAL[1]
KAREN M. BAYTOSH[1,2]
MONIQUE R. DONAVAN[1]
ARASH S. ARABI[1]
LANETTA D.W. RINEHART[1]
JOHN J. BELANGER[1]
PAUL A. ACKER[1]
JOSHUA BORDIN-WOSK[1,8,10]
ALISON K. HURLEY[1]

GREGORY J. CARPENTER[1]
ANDREW CRANER[2,6]
PAUL PITINGARO[1]
RICK L. PETERSON[1]
RACHEL A. MIHAI[1]
LANCE J. PEDERSEN[1]
DANIEL A. CRESPO[1]
LUCIAN J. GRECO[1]
JOHN C. GOTTLIEB[1]
JOHN R. CAYANGYANG[1]
ANTHONY T. GARASI[1]
MICHAEL A. D'ANDREA[1]
ALEXANDER E. GIANNETTO[1,11,12]
R. TODD WINDISCH[1]
TROY A. CLARK[1]
SHEILA C. STILES[1]
JEFFREY W. SAAB[1]
BENJAMIN L. PRICE[1]
NICOLE C. PEARSON[1,12]
NICOLE M. SLATTERY[1,5]
KYLE P. CARROLL[1]
BRANDI M. PLANET[2,8]
JENNIFER K. ARIAS[12]
PRESCOTT T. JONES[1]
ORCHID BARZIN[1]
STEPHEN R. FRIEDER[1]
CHATREE M. THONGKHAM[2]
SARA M. BURTON[1]
BRIAN E. CIENIAWSKI[1,4]
LIZA M. VELAZCO[1]
MARCUS D. TAPPE[1]
MATTHEW GUTIERREZ[1,12]
DOMINIKA J. MORUN[1]
AMBER B. DERHAM[1]

BRIAN W. SKALSKY[1]
VANESSA NOVAK[1]
AMIE S. PARK[1,12]
CARL J. BASILE[1]
JONATHAN A. KAPLAN[1]
PAUL O. MITTELSTADT[1]
JAMES K. ANDRADE[1]
MEGAN HUMMEL[1]
KATHERINE SHRAGER[1]
SCOTT W. ULM[1]
RYAN N. VANDERNAALD[1]
ALEX M. CHAZEN[1]
PAUL R. KELLY[1]
TRANG K. LE[1]
CHARLES LAWRENCE[1]
MARY M. HUCK[1]
MARIETTA E. RAQUENO[1]
ANDREW M. MAZOFF[1]
JASON S. DIGIOIA[1]
NICHOLAS P. KOHAN[1]
HOLLY A. TOWNSON[1]
ZACH WALLIN[1]
CAMERON B. GORDON[1]
EVGENIA TEREHOVA[1]
SCOTT B. MCINTYRE[1]
VANESSA VIBOCH[1]
MARISSA GITTLER[1]
JOSHUA D. MOUNTAIN[1]
JESSE M. BABLOVE[1]
EILEEN J. GAISFORD[1]
CHATA N. HOLT[1]
AMBER P. ADAMS[1]

1   Admitted in California
2   Admitted in Nevada
3   Admitted in Arizona
4   Admitted in Colorado
5   Admitted in Wisconsin
6   Admitted in Washington D.C.
7   Admitted in Oregon
8   Admitted in Wyoming
10  Admitted in Washington
11  Admitted in New Jersey
12  Admitted in New York
13  Admitted in Illinois
*   Certified Family Law Specialist
The State Bar of California Board of
Legal Specialization

20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BEACH, CALIFORNIA 92660
(949) 221-1000
(949) 221-1001 FAX
www.bremerwhyte.com

April 29, 2013

**VIA ELECTRONIC FILING**

Hon. Joseph C. Spero
United States District Court
Courtroom G
450 Golden Gate Avenue
San Francisco, CA

|  |  |  |
|---|---|---|
| Re: | **TransFresh Corporation v. Ganzerla and Associates, et al.** | |
| | BWB&O Client: | PeakFresh USA |
| | BWB&O File No.: | 3693.004 |
| | Case No.: | CV13-01730-JCS |
| | **Subject:** | **Request for Telephonic Appearance** |

Dear Judge Spero:

My name is Jeremy S. Johnson and my office is counsel of record for Defendant Ganzerla and Associates, Inc. (hereinafter "Defendants").

We are based out of Newport Beach, California and in the interests of keeping litigation fees, costs and expenses down, we respectfully request permission from the Court to appear telephonically at the April 30, 2013 hearing for Transfresh Corporation's ex parte application for a temporary restraining order and preliminary injunction.  If the Court should grant this request, I will be available at the time of the hearing in my office and can be reached via telephone landline at (949) 221-1000, extension 248.

| Newport Beach | Las Vegas | Los Angeles | San Diego | Berkeley | Phoenix | Riverside | Denver | Reno |
|---|---|---|---|---|---|---|---|---|
| 949.221.1000 | 702.258.6665 | 818.712.9800 | 619.236.0048 | 510.540.4881 | 602.274.1204 | 951.276.9020 | 303.256.6327 | 775.398.3087 |

C:\Users\dhernandez\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\8HSEN0GZ\COURT001.doc

Hon. Joseph C. Spero
BWB&O File No.: 3693.004
April 29, 2013
Page 2

      I thank the Court for considering my request.  If the Court should have any questions or require anything further in regards to this request, please do not hesitate to contact my office. Thank you.

**IT IS HEREBY ORDERED THAT**

Very truly yours,

Mr. Johnson shall be on phone standby

BREMER WHYTE BROWN & O'MEARA LLP

beginning at 2:00 PM and await the  Court's call.

Dated: 4/29/13

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Keith G. Bremer
Jeremy S. Johnson

kbremer@bremerandwhyte.com
jjohnson@bremerandwhyte.com

cc:

E. Lynn Perry
Michael Rounds
Counsel for Plaintiff TransFresh Corporation