# PERRY IP GROUP

*A Law Corporation–Trademark & Copyright Law*

April 29, 2013

Hon. Joseph C. Spero
United States District Court
Courtroom G
450 Golden Gate Avenue
San Francisco, CA

        TransFresh Corporation v. Ganzerla and Associates, et al.
        Case No.: CV13-01730-JCS
        **Request for Telephonic Participation of Linda Ipong, Esq. and Rich MacLeod, of TransFresh Corporation**
        Hearing Date and Time: **April 30, 2:00 p.m. Courtroom G**

Dear Judge Spero:

    Our firm represents TransFresh Corporation in the above lawsuit. If it is possible, TransFresh's Corporate Counsel, Linda Ipong, and TransFresh's Vice President, Pallet Division North America, Rich MacLeod, would like to participate in the hearing tomorrow by telephone. If this is acceptable, they can be reached by calling:

                **831-772-6029**

    Thank you.

Very truly yours,

IT IS HEREBY ORDERED THAT the parties shall be on phone standby beginning at 2:00 PM and await the Court's call.
Dated: 4/29/13

E. Lynn Perry
lperry@perryip.com



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

900 Larkspur Landing Circle • Suite 226 • Larkspur, CA 94939
P: 415-524-8683   F: 415-524-8685   W: www.perryip.com