UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSFRESH CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>GANZERLA & ASSOCIATES, INC.,<br><br>            Defendant. | Case No.  13-cv-01730-JCS<br><br>**ORDER TO SHOW CAUSE** |

On April 30, 2013, the Court denied Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction Should Not Issue ("the Motion") on the ground that Plaintiff has not demonstrated irreparable harm.  The parties are Ordered to Show Cause why this action should not be dismissed without prejudice based on the Court's ruling and in light of the Settlement Agreement between the parties, which limits the remedies available in this Court to provisional relief.   The parties shall file simultaneous briefs, not to exceed ten pages, addressing this question no later than Friday, May 17, 2013.   If the parties agree that this action should be dismissed without prejudice they may file a stipulation dismissing the action prior to May 17, 2013 and the Court will vacate this Order to Show Cause.

          IT IS SO ORDERED.

Dated:   May 6, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge